IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-165 |
| | § § § § | |
| NATHANIEL GORDON III | § | |

**O R D E R**

Nathaniel Gordon, III's motion for extension of time to surrender is granted in part. Mr. Gordon's surrender date is extended to after August 31, 2014, to permit him to make additional arrangements to assist his family and to obtain rehabilitation on his shoulder. The request for an extension to after January 1, 2015 is denied.

SIGNED on July 10, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge