United States District Court
Southern District of Texas
**ENTERED**
August 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff-Respondent, § | |
| § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-11-165-5 |
| § | CIVIL ACTION NO. H-15-1481 |
| § | |
| § | |
| NATHANIEL GORDON, III, § | |
| § | |
| Defendant-Movant. § | |

## ORDER OF DISMISSAL

The government's motion to dismiss Gordon's § 2255 motion is granted. Gordon's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is denied and dismissed with prejudice. A certificate of appealability is denied. Civil Action No. 15-1481 is dismissed.

SIGNED on August 8, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge