**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-11-165-5 |
| NATHANIEL GORDON III | § | |

# O R D E R

Nathaniel Gordon, III filed a letter motion for early release from his supervised release period. (Docket Entry No. 569). Mr. Gordon has served three and a half years of a five year term. He has been compliant during supervised release and has made significant payments to the restitution imposed against him. The court grants the motion. Supervised release is terminated.

SIGNED on March 3, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge